THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF INFORMATION ASSOCIATED WITH LINKEDIN CORPORATION ACCOUNT AS PARTICULARLY DESCRIBED IN ATTACHMENT A TO THE AFFIDAVIT OF SPECIAL AGENT JASON SANTY DATED FEBRUARY 17, 2022 | Case No. 2:22-cr-332 |

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to seal the affidavit in support of the search warrant and the attachments thereto, as well as the return to the warrant identifying any evidence seized, the non-disclosure application, and the non-disclosure order. The Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988). The purpose of the Government's request is to protect the information contained within this document and to avoid the disclosure of the investigation at this time.

Based on the facts in the affidavit, there is reason to believe that disclosure of the information in this document would seriously jeopardize the investigation including by giving targets the opportunity to destroy or tamper with evidence, change patterns of behavior, flee from prosecution, intimidate cooperating and potential witnesses, and endanger the safety of law enforcement and other individuals. For these reasons, the Government submits that the interests in sealing the affidavit, the attachments thereto, the return, the non-disclosure application, and the non-disclosure order outweigh the common-law public right of access and that sealing is "essential

to preserve higher values." *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429-31 (4th Cir. 2005).

Based on the foregoing, the Government requests that the affidavit in support of the search warrant and attachments thereto, as well as the return, the non-disclosure application, and non-disclosure be filed under seal except that working copies should be made available to the United States Attorney's Office, United States Secret Service, and any other law enforcement agency designated by the United States Attorney's Office. Further, these documents may be disclosed to LinkedIn Corporation so that it can comply with the warrant the terms of the non-disclosure order.

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

BY: *s/ Amy Bower*
AMY F. BOWER (ID#11784)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
843-727-4381

February 17, 2022
Charleston, South Carolina